**All IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01950-RMR-MEH

MARIA ORMS,

    Plaintiff,

v.

VERIZON, INC.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Maria Orms and Defendant Verizon, Inc. (together, the "Parties"), by and through undersigned counsel and Plaintiff individually, state that this matter has been resolved.

Accordingly, the Parties HEREBY STIPULATE that the above-captioned action be, and hereby is, dismissed WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs and attorneys' fees.

Respectfully submitted this 20th day of April, 2023.

| RALPH E. LAMAR, ESQ. | JACKSON LEWIS P.C. |
|---|---|
| *s/ Ralph E. Lamar* | *s/ Ryan P. Lessmann* |
| Ralph E. Lamar | Ryan P. Lessmann |
| 4728 Hamilton Boulevard | Melisa H. Panagakos |
| Allentown, Pennsylvania 18103 | 950 17th Street, Suite 2600 |
| ralphlamar@ymail.com | Denver, Colorado 80202 |
| | Telephone: (303) 892-0404 |
| *Attorney for Plaintiff* | Ryan.Lessmann@jacksonlewis.com |
| | Melisa.Panagakos@jacksonlewis.com |
| | |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of April, 2023, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was served via CM/ECF on the following:

Ralph E. Lamar
4728 Hamilton Boulevard
Allentown, PA 18103
ralphlamar@ymail.com

*Attorney for Plaintiff*

*s/ Christopher D. Trujillo*
For Jackson Lewis P.C.